February 9, 1979

404 A.2d 1349

Commonwealth v. Nelson, Appellant.

Submitted September 21, 1977. Barbara J. Zarsky, for appellant; Michael R. Stiles, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.

JACOBS, former P. J., WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.